# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

129295 & (61)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DANIEL JOHN WESCHE and
BEVERLY WESCHE,
      Plaintiffs-Appellees,

v

MECOSTA COUNTY ROAD COMMISSION,
      Defendant-Appellant.

SC: 129295
COA: 251641
Mecosta CC: 03-015556-NI

_____/

On order of the Court, the motion for miscellaneous relief is DENIED as moot. The application for leave to appeal the July 5, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

p0220